IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:08CR480-1
:
KAREEM JAHMAL HORTON :

The Grand Jury charges:

COUNT ONE

On or about July 22, 2008, in the County of Rowan, in the Middle District of North Carolina, KAREEM JAHMAL HORTON, having been convicted on June 26, 2003, in the Superior Court of Rowan County, Salisbury, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, that is, possession of a firearm by a felon, did knowingly possess in commerce and affecting commerce a firearm, that is, a Bersa .380 caliber semiautomatic pistol, model Thunder 380, serial number 830578; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

On or about July 23, 2008, in the County of Rowan, in the Middle District of North Carolina, KAREEM JAHMAL HORTON, having been convicted on June 26, 2003, in the Superior Court of Rowan County, Salisbury, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, that is, possession of a firearm by a felon, did knowingly possess in commerce and

affecting commerce firearms, that is, a Lorcin .380 caliber semiautomatic pistol, model L380, serial number 236645, and a Beretta 9mm semiautomatic pistol, model 92, serial number BER007400; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:


FOREPERSON


_____
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY


_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY

2